# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:17-CV-00076-RLV-DSC

| | |
|---|---|
| AXJO AMERICA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VANDOR CORPORATION, )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on the Defendant's Motion[s] for Pro Hac Vice Admission for Michael A. Swift, Harold C. Moore and Daniel J. Greenhalgh (documents ## 9, 10 and 11) filed August 11, 2017. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: August 11, 2017

David S. Cayer
United States Magistrate Judge